FILED
2016 Jul-29  AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EMC PROPERTY AND CASUALTY COMPANY,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **Civil Action No. 2:15 CV 00293-RPD** |
| **205 CUSTOMZ, LLC and IHAB BARAKAT a/k/a MICHAEL BARAKAT,** ) ) ) ) ) | |
| **Defendants.** ) | |

## PARTIES JOINT STATUS REPORT

**COME NOW,** the parties, Plaintiff/Counterdefendant, EMCASCO; and, Defendant/Counter-Plaintiff, 205 Customz, LLC and Ihab Barakat a/k/a Michael Barakat, by and through undersigned counsel of record, and in accordance with this Honorable Court's Order of June 5, 2015 (Doc. 14) file this Joint Status Report as follows:

Ihab Barakat a/k/a Michael Barakat has been indicted on two criminal cases in Jefferson County, Alabama, 2nd Arson CC-2015-002711; and, 1st Insurance Fraud, CC-2015-002712.

The criminal charges alleged against Mr. Barakat are directly related to this civil

suit before this Honorable Court. After numerous attempts, this firm has been unable to contact Mr. Bakarat. Our firm investigator, John Meek, has attempted to locate Mr. Barakat through numerous mediums and has been unsuccessful. (See Affadavit.)

Counsel for Mr. Barakat will file another Status Report in ninety (90) days as Ordered.

Dated this 27th day of July, 2016.

**KLASING, WILLIAMSON & BURKE, P.C.**
Attorneys for Plaintiff, EMCASCO

s/Sue E. Williamson
Klasing, Williamson & Burke, PC
1601 Providence Park
Birmingham, AL 35242
(205) 980-4733

**FARRIS, RILEY & PITT, L.L.P.**
Attorney for Defendants

*s/ Kirby D. Farris*
Kirby D. Farris
Suite 1700, The Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 324-1212