**FILED**

2016 Jul-29  AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

AFFIDAVIT OF ___John Meek___

I _John Meek_____ declare and state as follows:

I am an adult resident of the State of __Alabama___. I have personal knowledge of the facts stated herein and if called upon to testify as to the same, I could and would competently do so.

My name is John Meek. I am the investigator for Farris, Riley & Pitt Law Firm in Birmingham, AL. My contact phone number is (205) 317-4464.

After losing contact with client, Michael Barakat, and not hearing from him for over a year, I was instructed by my supervisor, Kirby Farris, to try and locate him. The address we have on file for our client is P.O. Box 482 Birmingham, AL 35201. We do not have a physical address for Mr. Barakat in our system. The cell-phone number we have on file is (205) 835-1365. I called that number to find it to be out of service with a message saying the phone is not taking calls. I also sent this number a text message with no response. I found another phone number on Lexis/Nexis connected with Mr. Barakat, (205) 835-1365, that is answered by a voicemail that sounds like an African American male. Mr. Barakat failed to provide additional emergency contact people when he signed on as a client with our firm.

After doing a Lexis address check, the most current residence showing for Mr. Barakat is 2270 Pine Run Ct. SE in Grand Rapids, MI 49546. There were no phone numbers attached with this address. A·search on social media for Michael Barakat was also unsuccessful. Several people with that name showed up on Facebook from across the world, but none matched the criteria and description of our client. At this point, I do not know where else to look.

I declare under penalty of perjury under the laws of the State of _Alabama_____ and the United States that the foregoing is true and correct to the best of my knowledge.

Executed this _27th_ day of ___July_____ , 20 _16__ .

___John Meek_____
Printed Name

_____
Signature of Affiant

Sworn and subscribed to me
this _27th_ day of __July_____ , 20_16___

_____
Notary Public

1

ADDENDUM

_____
Signature of Affiant

2